# 1983 Civil Rights Complaint Form
## 42 U.S.C.A.

Robert Fowler / Jerrald Johnson
                                    Plaintiffs
v.

Adams County Jail
Administrator Chall Down and
Sheriff Brent Fisher
                                    Defendants

FILED OCT 1 0 2007 JOHN M. WATERS, Clerk U.S. DISTRICT COURT CENTRAL DISTRICT OF ILLINOIS

NOW COMES the Plaintiff, pursuant to 42 U.S.C.A. 1983

The Plaintiff asserts the Defendant, as officer of the state, acting under the color of law with malice and invidious discrimination that is offensive or objectionable, especially because it involves prejudice or stereotyping. In violation of religious freedom per my religious right, and in cooperation with Adams County Jail officials. I am observing the most "Holy Month" of Ramadan, and as such, I have the right to be free to do so without interference from any governmental official as guaranteed by the First Amendment and article VI-3 of the U.S. Constitution. Yet on Oct 4 2007, officer

Bowden of the Adams county Jail. continue on following page failed to provide breakfast and this is not the first time, it also happens on or about Sept 25 2007.

This is a clear case of Discrimination. "Differential Treatment, especially a failure to treat all persons equally when no reasonable distinction can be found. Not only is this a case of discrimination, but it is my belief that officer Bowden has a personal bias which has caused him to behave in a un-professional matter.

Officer Bowden, intentionally, with malice and without justifiable excuse has committed (and if not checked), will continue to commit this personal and reckless disregard of the law, and my personal rights. Purely out of wickedness! And since this officer, based on prejudice and discrimination, has knowingly with malice breached a moral and legal duty, failing to act as not only the law, but also his job obligates him to act. I request punitive damages, awarded in addition to actual damages when the Defendant acted with recklessness, malice or deceit. Restitution Damages, awarded to a plaintiff when the Defendant has been un-justly enriched at the

Plaintiff spouse. The plaintiff is also requesting the defendant be reprimanded for his actions in a way to deter this from happening again or to someone else.

Respectfully
Robert Felder

_Jerald Jones_
WITNESS

_Robert Felder_  10-8-07
SIGN                              DATE

_Nathan Nickerson_
WITNESS

AFFIDAVIT TO:

1983 CIVIL RIGTS COMPLAINT FORM
42 U.S.C.A.

The Plaintiff is indigent and have prepared affidavit and said form before two witnesses as indigent notary public.

Respectfully Submitted,

_____
Witness

_____
Witness

_____ 10-8-07
Sign                     Date